|  |  |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * IN THE |
|  | * SUPREME COURT |
|  | * OF MARYLAND |
| v. | * AG No. 32 |
| MATTHEW JAMES PLACHE | * September Term, 2022 |
|  | * |

# O R D E R

In its Petition for Disciplinary or Remedial Action, the Attorney Grievance Commission requested the Court impose reciprocal discipline to that imposed by the United States Court of Federal Claims, that is an indefinite suspension. Pursuant to Rule 19-737(e), the Court required the Commission to serve the respondent with the petition and required the Commission and the respondent to show cause why reciprocal discipline should not be imposed. The Commission filed a response recommending reciprocal discipline. The respondent did not file a response.

Accordingly, it is this 24th day of March 2023, by the Supreme Court of Maryland,

ORDERED that the respondent, Matthew James Plache, be indefinitely suspended from the practice of law in the State of Maryland; and it is further

ORDERED, that the Clerk of this Court shall strike the name of Matthew James Plache from the register of attorneys in this Court and certify shall that fact to the

Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b).

/s/ Matthew J. Fader  
Chief Justice